____ ✓ **Priority**
____ ✓ **Send**
____ **Clsd**
____ **Enter**
____ **JS-5/JS-6**
____ **JS-2/JS-3**

FILED
CLERK, U.S. DISTRICT COURT

JAN - 5 2000

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HARRY R. CHRISTIAN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a corporation; COLLEGIATE DOLL COMPANY, a sole proprietorship; and CLAUDINE CHRISTIAN, an individual,<br><br>        Defendants. | CASE NO. CV99-2820 NM (BQRx)<br><br>ORDER RE SUBMISSION OF ATTORNEY'S FEES |

This court has previously granted defendant Mattel's motion for sanctions against plaintiff's counsel, James Hicks, and indicated its intention to impose sanctions based on Mattel's attorney fees incurred in defending this lawsuit. See January 5, 2000 Order Granting Mattel's Motion for Summary Judgment and Rule 11 Sanctions; Denying Plaintiff's Special Motion to Strike. In order to determine the amount of sanctions to be awarded, the court directs Mattel's counsel to submit evidence setting forth the fees incurred to defend this litigation and establishing that such fees are reasonable. Defendant's counsel is entitled to respond on the issue of the reasonableness of such attorney's fees.

ENTERED ON ICMS

JAN - 6 2000

CV

137

Accordingly, the court orders:

1. Counsel for Mattel shall file and serve declarations or affidavits containing the following information:

    a.   A statement of the services rendered for each person for whose services fees are requested;

    b.   A summary of the time spent by each person;

    c.   A brief description of relevant qualification and experience and a statement of the customary hourly charges of each such person or of comparable prevailing hourly rates or other indication of value of the services;

    d.   A statement describing the manner in which time records were maintained; and

2. Mattel's counsel shall file and personally serve the declarations or affidavits described in ¶ 1 no later than 4:00 p.m. January 31, 2000.

3. Mr. Hicks shall file and personally serve any response to the declarations or affidavits no later than 4:00 p.m. February 14, 2000.

4. All filing must comply with Local Rule 3.4.1 and this court's Standing Order regarding font size (Courier 12 or Times Roman 14).

5. The parties are to deliver conformed courtesy copies to the bin located outside the entry to Judge Manella's chambers, Spring Street level of the U.S. Courthouse, 312 N. Spring Street, Los Angeles, California 90012 no later than 4:00 p.m. on the dates due.

IT IS SO ORDERED.

DATED:  January 5, 2000

Nora M. Manella
United States District Judge