UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

____ Priority
✓ Send
____ Clsd
____ Enter
✓ JS-5/JS-6
____ JS-2/JS-3

CASE NO. CV 99-2820-NM(BQRx)          DATE: 8/21/02

TITLE: Harry R. Christian -v- Claudine Christian, et al

PRESENT:          HON. NORA M. MANELLA, JUDGE

Judith Hurley          N/A
Deputy Clerk          Court Reporter

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANT
  Jim Curry                        Michael Zeller
  Marc Marmaro                     Adrian Pruetz

PROCEEDINGS:  Telephone Conference

    Counsel all agree that there has been a settlement reached on defendant Mattel's request for attorney's fees and, that is the last remaining issue in this case.
    Since a settlement has been reached the Court orders this matter closed.

ENTERED ON ICMS
AUG 22 2002
CV

cc: Counsel                                    Initials of Deputy Clerk
CIVIL MINUTES 11